

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00475-CV

**IN THE INTEREST OF H.G.S.** and S.L.S., Children

From the 325th District Court, Tarrant County, Texas
Trial Court No. 325-387020-05
The Honorable Judith G. Wells, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED as to Appellee Ralph W. Summers, III and judgment is RENDERED in favor of Appellant Renee C. Mark. Costs of this appeal are taxed against Appellee Ralph W. Summers, III.

SIGNED October 31, 2013.

_____
Patricia O. Alvarez, Justice